FILED

JAN 21 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

20 CR 40

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. |
| | ) | JUDGE BUCKLO |
| | ) | MAGISTRATE JUDGE FUENTES |
| v. | ) | Violations: Title 18, United States |
| | ) | Code, Section 1343 and Title 26, |
| | ) | United States Code, Section 7206(1) |
| ROBERT GORODETSKY | ) | |

**COUNT ONE**

The UNITED STATES ATTORNEY charges:

1. Beginning in or around February 2014, and continuing through in or around April 2018, in the Northern District of Illinois, and elsewhere,

ROBERT GORODETSKY,

defendant herein, knowingly devised, intended to devise, and participated in a scheme to defraud and to obtain money and property from Individual A by means of materially false and fraudulent pretenses, representations, and promises, and by the concealment of material facts, which scheme is further described below.

2. It was part of the scheme that defendant GORODETSKY fraudulently obtained more than $9.6 million from Individual A through materially false statements about, among other things, the intended use of the money invested, the actual returns on the money Individual A invested with GORODETSKY, and Individual A's account balance.

1

3.     It was further part of the scheme that defendant GORODETSKY falsely represented that he would pool Individual A's investment with substantial funds GORDODETSKY claimed to own, that the pooled funds would be used to make investments in the stock market and to place wagers on specific sporting events, and that they would share the profits and losses on a pro-rata basis.

4.     It was further part of the scheme that between approximately February and June 2014, defendant GORODETSKY fraudulently obtained approximately $953,000 from Individual A for the purported purpose of investing Individual A's funds in the stock market, and converted approximately $737,388 for his own personal use.

5.     It was further part of the scheme that in approximately July 2014, defendant GORODETSKY falsely represented to Individual A that his stock trading investment of $953,000 had increased to approximately $2 million based on GORDETSKY's favorable trading activity.

6.     It was further part of the scheme that in approximately July 2014, defendant GORODETSKY falsely told Individual A that greater returns could be had in sports wagering and that he would use Individual A's existing investment, purportedly worth $2 million, to begin making sports wagers.

7.     It was further part of the scheme that between approximately July 2014 and November 2017, defendant GORODETSKY falsely represented to Individual A that his investment was growing, and that more funds were needed to increase Individual A's investment.  GORODETSKY's false representations included false

statements regarding the balance in Individual A's account, the amount and kind of wagers made by GORODETSKY, the amount of profits and losses related to specific wagers, and use of the proceeds.

8.     It was further part of the scheme that between approximately July 2014 and November 2017, defendant GORODETSKY fraudulently obtained approximately $8,740,000 in additional investment funds from Individual A for the purported purpose of wagering on specific sporting events.

9.     It was further part of the scheme that between approximately July 2014 and November 2017, defendant GORODETSKY used the bulk of Individual A's $8,740,000 investment for purposes unrelated to wagering on specific sporting events, including his conversion of more than $2.2 million of Individual A's funds to pay living, travel, and entertainment expenses as well as to acquire assets including luxury automobiles and jewelry.

10.     It was further part of the scheme that between approximately July 2014 and November 2017, defendant GORODETSKY regularly sent false account statements and balances to Individual A for the purpose of maintaining and increasing the amount of funds fraudulently obtained from Individual A.

11.     It was further part of the scheme that between approximately July 2014 and November 2017, defendant GORODETSKY opened and caused to be opened multiple bank accounts for the purpose of receiving funds from Individual A.

12. It was further part of the scheme that defendant GORODETSKY concealed, misrepresented and hid, and caused to be concealed, misrepresented and hidden, the existence, purposes, and acts done in furtherance of the scheme.

13. On or about April 17, 2017, in the Northern District of Illinois, Eastern Division, and elsewhere,

ROBERT GORODETSKY,

defendant herein, for the purpose of executing the aforesaid scheme, knowingly caused to be transmitted by means of wire communications in interstate commerce certain writings, signs, and signals, namely, a wire transfer of $200,000 from Individual A's Citibank account in New York to GORODETSKY's account xxxx7568 at U.S. Bank in Illinois;

In violation of Title 18, United States Code, Section 1343.

4

## COUNT TWO

The UNITED STATES ATTORNEY further charges:

On or about October 4, 2017, in the Northern District of Illinois, Eastern Division,

ROBERT GORODETSKY,

defendant herein, willfully made and subscribed, and caused to be made and subscribed, a U.S. Individual Income Tax Return (Form 1040 with schedules and attachments), for the calendar year 2016, which return was verified by written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, which return he did not believe to be true and correct as to every material matter, in that said return reported on Line 22 that his total income was $10,520, when defendant knew that his total income substantially exceeded that amount;

In violation of Title 26, United States Code, Section 7206(1).


_____

UNITED STATES ATTORNEY

## COUNT TWO

The UNITED STATES ATTORNEY further charges:

On or about October 4, 2017, in the Northern District of Illinois, Eastern Division,

ROBERT GORODETSKY,

defendant herein, willfully made and subscribed, and caused to be made and subscribed, a U.S. Individual Income Tax Return (Form 1040 with schedules and attachments), for the calendar year 2016, which return was verified by written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, which return he did not believe to be true and correct as to every material matter, in that said return reported on Line 22 that his total income was $10,520, when defendant knew that his total income substantially exceeded that amount;

In violation of Title 26, United States Code, Section 7206(1).


UNITED STATES ATTORNEY